Angel Navarro (SBN 155702)
e-mail: angel_navarro@me.com
1 S. Fair Oaks Avenue, Suite 401
Pasadena, CA 91105
Office (626) 390-6621
Fax (213) 746-4435

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br><br> v.<br> <br>Michael Paul Miselis,<br><br>                    PLAINTIFF<br><br><br>                    DEFENDANT. | CASE NUMBER <br><br> 18-MJ-2624 <br><br> **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION** <br> **(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant __Michael Paul Miselis__
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge __Jean P. Rosenbluth__ by order dated: __October 2, 2018__

☑ denying release and imposing detention under subsection ☑ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

At the time of Mr. Miselis initial appearance on this out-of-district case, the defense did not know if there was a secure bond available to be posted in this matter. The Court indicated that if there was a substantial property bond, the Court would possibly entertain a bail review.

Relief sought *(be specific)*:

Affidavit of surety with full justification and full-deeding of property, in the amount of $500,000 signed by defendant's parents.

Counsel for the defendant and plaintiff United States Government consulted on __October 3, 2018__
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| October 3, 2018 | Angel Navarro /s/ |
|---|---|
| Date | Moving Party |

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)